July 27, 2017

Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley, U.S. Courthouse
445 Broadway
Albany, New York  12207

Re:  *United States of America v. Peter Farnum – 17-MJ-334*

Dear Judge Stewart:

I have been retained to represent Mr. Farnum regarding the above.  Kindly consider this letter my notice of appearance.

Thanking the Court for its courtesies in this matter, I remain,

Very truly yours,

Cheryl Coleman Law Offices

By: */s/ Electronically Signed*

Cheryl Coleman
Attorney at Law
Bar Roll No. 511050

CC/tmr

cc:     United States District Court
        Northern District of New York
        US Attorney's Office
        445 Broadway, Room 112
        Albany, New York  12207
        Attn: Joseph Giovannetti, AUSA

        Peter Farnum

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

      v.                          **Criminal Action No. 17-MJ-334**
                                    **Hon. Daniel J. Stewart**

**PETER FARNUM,**

            **Defendant.**                **Attorney Affirmation of Service**

Upon penalty of perjury, I affirm that on July 27, 2017 I served true copies of the Notice of Appearance Letter of Cheryl Coleman, Esq., upon the United States Attorney's, Office to the attention of Joseph Giovannetti, AUSA and Hon. Daniel J. Stewart, U.S. Magistrate Judge by electronic filing, and upon the defendant Peter Farnum via US Mail.

Dated:  July 27, 2017

                                                    *Electronically signed*
                                                    Cheryl Coleman, Esq.
                                                    Federal Bar Roll No.: 511050
                                                    Attorney for the Defendant
                                                   90 State Street, Suite 1400
                                                   Albany, New York  12207
                                                   518-436-5790