

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

---

*445 Broadway, Room 218*   *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*   *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

August 3, 2017

Hon. Daniel J. Stewart
United States Magistrate Judge
Northern District of New York
James T. Foley Federal Courthouse
445 Broadway
Albany, New York 12207

    Re:    Request for Modification of Conditions of Release ico *United States v. Peter Farnum*, 17-MJ-334 (DJS)

Dear Judge Stewart:

    The government respectfully requests that you modify the Order Setting Conditions of Release (Dkt. No. 5). Specifically, the government requests that you add Condition of Release 7(l) thereby prohibiting the defendant from having any direct or indirect contact with any person who may become a witness in the pending investigation or trial, including, but not limited to the defendant's now estranged spouse. The defendant's spouse has provided information relevant to the pending investigation and will very likely be a government witness at the defendant's trial. Such a condition will ensure that the investigation will be able to properly run its course, and that the trial will be able to proceed fairly and without any undue interference.

    Should you need anything else from me, please do not hesitate to contact me. Thank you.

    Very truly yours,

    GRANT C. JAQUITH
    Acting United States Attorney

By:    */s/ Richard D. Belliss*
    Richard D. Belliss
    Assistant U.S. Attorney

Copy to:    Cheryl Coleman, Esq.    (via ecf)
    (Counsel for Defendant)

    Probation Officer Kendra Rennie    (via ecf)