AO 442 (Rev. 11/11) Arrest Warrant

U.S. ORIGINAL
~~U.S. DISTRICT COURT~~

N.D. OF N.Y.
FILED

SEP 0 5 2017

LAWRENCE K. BAERMAN, CLERK
ALBANY

# UNITED STATES DISTRICT COURT

for the

Northern District of New York

United States of America

v.

**PETER FARNUM**

_____

*Defendant*

)
)
)
)
)
)
)

Case No. 1:17-mj-334-DJS

## ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     PETER FARNUM                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

  Receipt and Possession of Child Pornography, pursuant to 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(a)(5)(B).

Date:      07/25/2017                            _____
                                                          *Issuing officer's signature*

City and state:     Albany, New York                    Honorable Daniel J. Stewart, Magistrate Judge
                                                          *Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* **7-25-17** | , and the person was arrested on *(date)* **7-26-17** |
| at *(city and state)* **Ballston Spa, NY** | |
| Date: **7-26-17** | _____<br>*Arresting officer's signature*<br><br>DAVID FALLON    SA FBI<br>*Printed name and title* |